Clarence L. Lowther v. William H. Rader and Others.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of the People of the State of New York by William H. Hotchkiss, as Superintendent of Insurance, etc. (In the Matter of New York Insurance Association).— Motion to dismiss appeal granted, with ten dollars costs.

Robert J. Mahoney v. Fullerton Weaver Realty Company.— Motion to dismiss appeal denied, with ten dollars costs.

Isabel R. Wallach and Others v. Robert F. Pauwels and Others.— Application granted. Order signed.

Isabel R. Wallach and Others v. Robert F. Pauwels and Others.— Motion granted.

New York and Albany Lighterage Company v. Isidor L. Cohen.— Application denied, with ten dollars costs. Order signed.

New York and Albany Lighterage Company v. Isidor L. Cohen.— Motion denied, with ten dollars costs.

Guiseppe Gallo v. Bart Dunn.— Application denied, with ten dollars costs. Order signed.

Thomas J. Porter v. Casualty Company of America.— Application denied, with ten dollars costs. Order signed.

Catharine Bindler v. Elizabeth M. Lilliendahl.— Application denied, with ten dollars costs. Order signed.

Export Trucking Company v. G. W. Sheldon & Company.— Motion denied, with ten dollars costs.

Alfred Hawes v. The Board of Education of the City of New York.— Motion denied, with ten dollars costs.

Mercantile National Bank of the City of New York v. Fritz A. Heinze.— Motion denied, with ten dollars costs.

John S. Jones v. George J. Gould and Others.— Motion granted; question to be certified on settlement of order. Settle order on notice.

Lancelot M. Berkeley v. Frank M. Dusenberry and Others.— Motion granted. Settle order on notice.

The People of the State of New York, Respondent, v. Morris Wohl, Appellant.— Judgment affirmed. No opinion.

George C. Smith and Anne K. Smith, His Wife, Respondents, v. Thomas J. Allen, in His Own Right and as Administrator, etc., of Margaret L. Schultz, Deceased, and Others, Defendants, Impleaded with Mary A. Hoelzle and Jennie A. Lewis, Appellants.— Judgments affirmed, with costs, on the authority of *Smith* v. *Allen* (139 App. Div. 657).

Martin Rothbarth and Others, Respondents, v. Charles L. Edey and Others, Appellants.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Martin Rothbarth and Others, Respondents, v. Felix Herzfeld and Others, Appellants.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.